MARY BARBATO v. UNITED STATES SERVICES AUTOMOBILE ASSOCIATION.

October 12, 1983.

Petition for certification denied.

NEUROSURGICAL ASSOCIATES, P.A. v. FOREST ASSOCIATES, LTD.

October 12, 1983.

Petition for certification denied.

MARIE E. KELLY v. DONALD C. GWINNELL.

October 12, 1983.

Petition for certification granted.   (See 190 *N.J.Super.* 320)

MARIE E. KELLY v. DONALD C. GWINNELL.

October 12, 1983.

Cross-petition for certification granted.   (See 190 *N.J.Super.* 320)